**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KRISTEN SARNOSKI,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>LACKAWANNA PROBATION DEPARTMENT, JOSEPH MECCA, and VALERIE BLACK,<br><br>　　　　Defendants. | CIVIL ACTION NO. 3:12-CV-0502<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE SMYSER) |

## ORDER

　　**NOW**, this ___14th___ day of June, 2012, after consideration of Magistrate Judge Smyser's Report and Recommendation recommending that Plaintiff Kristen Sarnoski's complaint be dismissed, and Plaintiff's Objections, **IT IS HEREBY ORDERED THAT:**

　　(1) The Report and Recommendation (Doc. 9) is **ADOPTED.**

　　(2) Ms. Sarnoski's complaint (Doc. 1) is **DISMISSED.**

　　(3) The Clerk of Court is directed to mark this case as closed.


　　　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　United States District Judge